**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**PAMELA R. SMITH**                                                                                        **PLAINTIFF**

**v.**                                                    **4:12-CV-00326-BRW**

**CATERPILLAR, INC.**                                                                                   **DEFENDANT**

**ORDER**

Attorney Dana A. Reece petitioned this Court to withdraw at Attorney of Record for

Plaintiff (Doc. No. 21).  Based on Ms. Reece's representation that she did not have the time,

resources, or competence to represent Plaintiff, I granted her request (Doc. No. 22).

Therefore, Virgil Woodrow Young, Jr., 4801 North Hills Boulevard, Suite 1550, North

Little Rock 72116, is now APPOINTED to represent Plaintiff in this action.  The Clerk of the

Court is directed to send Mr. Young a copy of this Order and the entire case file.  If Mr. Young

is unable to serve as counsel, he must file a motion to withdraw within 21 days of the receipt of

this Order.

IT IS SO ORDERED this 27th day of August, 2012.


                                        /s/Billy Roy Wilson
                                 UNITED STATES DISTRICT JUDGE