**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PAMELA R. SMITH**                                                                                         **PLAINTIFF**

**v.**                                       **4:12-CV-00326-BRW**

**CATERPILLAR, INC.**                                                                                      **DEFENDANT**

## ORDER

Attorney Dana A. Reece petitioned this Court to withdraw at Attorney of Record for Plaintiff (Doc. No. 21). Based on Ms. Reece's representation that she did not have the time, resources, or competence to represent Plaintiff, I granted her request (Doc. No. 22).

Therefore, Virgil Woodrow Young, Jr., 4801 North Hills Boulevard, Suite 1550, North Little Rock 72116, is now APPOINTED to represent Plaintiff in this action. The Clerk of the Court is directed to send Mr. Young a copy of this Order and the entire case file. If Mr. Young is unable to serve as counsel, he must file a motion to withdraw within 21 days of the receipt of this Order.

IT IS SO ORDERED this 27th day of August, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE