# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAMELA R. SMITH                                                                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 4:12CV00326 BRW/JTR

CATERPILLAR, INC.                                                                                     DEFENDANT

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 04/10/2013. The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 10th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE