IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA R. SMITH                                                                                          PLAINTIFF

VS.                                              4:12-CV-00326-BRW

CATERPILLAR, INC.                                                                                     DEFENDANT

## ORDER

Following a settlement conference before United States Magistrate Judge J. Thomas Ray on April 10, 2013, the parties reached a settlement.[1]  Under Fed. R. Civ. P. 41(a)(ii), the parties filed a Stipulation of Dismissal stipulating to the dismissal of Plaintiff's claims with prejudice.[2]

Accordingly, this case is DISMISSED with prejudice.  The Court retains jurisdiction to enforce the terms of the settlement agreement, and, if necessary, vacate this order and reopen this action for good cause shown.

IT IS SO ORDERED this 11th day of July, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.

[2] Doc. No. 40.